UNITED STATES BANKRUPTCY COURT

Northern District of Illinois
Eastern Division

In re: **MICHELLE STARKS**

Case No. 05-32897
Chapter 7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _____ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I furthur certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

$ 20.00  Check one  ☐ With the filing of the petition, or
              ☒ On or before _____

$ 63.00 on or before Sept. 16
$ 63.00 on or before Oct. 21
$ 63.00 on or before Nov. 18

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 19 2005
KENNETH S. GARDNER, CLERK
PS REP. - DDS

_____        /s/ MICHELLE STARKS  Michelle Starks  8/16/2005
Signature of Attorney            Signature of Debtor            Date

**NONE**
Name of Attorney

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

**DELORES YOUNG**                      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
Name of Bankruptcy Petiton Preparer    Social Security Number

**7430 S VERNON**

**CHICAGO, ILLINOIS 60619**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X /s/ DELORES YOUNG  Delores Young           8/16/2005
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. 110, 18 U.S.C. 156.*

UNITED STATES BANKRUPTCY COURT

Northern District of Illinois
Eastern Division

In re: **MICHELLE STARKS**

Case No. _____

Chapter __7__

# ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHUR ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and that the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

Date:_____                    _____
*United States Bankruptcy Judge*