```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 32897
   MICHELLE STARKS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9325


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 11/30/2005 and was confirmed 04/05/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 11/08/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------------
US BANK/ELAN/RETAIL PAYM UNSECURED        19706.98         .00         1470.72
SALLIE MAE SERVICING     UNSECURED        NOT FILED        .00             .00
SMC                      UNSECURED          160.02         .00             .00
SBC                      UNSECURED        NOT FILED        .00             .00
ISAC                     UNSECURED         3306.34         .00          246.75
DAVID M SIEGEL           DEBTOR ATTY      2,700.00                     1,901.13
TOM VAUGHN               TRUSTEE                                         196.50
DEBTOR REFUND            REFUND                                           92.30

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                  RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE           3,907.40

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                1,717.47
ADMINISTRATIVE                           1,901.13
TRUSTEE COMPENSATION                       196.50
DEBTOR REFUND                               92.30
                  --------------      --------------
TOTALS            3,907.40               3,907.40




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 32897 MICHELLE STARKS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 32897 MICHELLE STARKS